IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| LON S. WALKER,<br><br>Petitioner,<br><br>VIRGINIA LEWIS, Warden,<br><br>Respondent. | NO. 2:03-00096<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DENIED**. Pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability only on Petitioner's claims of ineffective assistance of counsel.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 14th day of December, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge